| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cowen, Robert E. | 2. Court or Organization<br><br>U.S. Court of Appeals 3rd Cir. | 3. Date of Report<br><br>04/27/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>402 E. State Street<br>Room 207<br>Trenton, NJ 08608 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

**Cowen, Robert E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | State of New Jersey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | March 26 - 27, 2010 | New York, NY | Dinner | Dinner in Honor of the Federal JJudiciary Meals, Hotel Travel Expenses |
| 2. | Federal Judicial Center, Intellectual Property Seminar | May 10 - 17, 2010 | Berkeley, CA | Educational Seminar | Transportaton, Food and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa (Common Stock) | A | Dividend | | | Sold | 06/28/10 | J | | |
| 2. Applied Materials | A | Dividend | | | Sold | 06/28/10 | J | | |
| 3. Artio Intl. Equity FD (Mutual Fund) | A | Dividend | K | T | Buy | 06/28/10 | K | | |
| 4. AT & T (Common Stock) | A | Dividend | J | T | | | | | |
| 5. Bristol Meyers Squibb (Common Stock) | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 6. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 7. Cardinal Health Care (Common Stock) | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 8. Chubb Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 9. Cisco Systems (Common Stock) | | None | K | T | Sold (part) | 06/28/10 | K | D | |
| 10. Colgate Palmolive (Common Stock) | A | Dividend | J | T | Sold (part) | 06/28/10 | J | D | |
| 11. Conoco Phillips (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Deere & Co. (Common Stock) | A | Dividend | K | T | | | | | |
| 13. Dell Computer (Common Stock) | | None | | | Sold | 06/28/10 | J | | |
| 14. Dodge & Cox International Stock Fd. (Mutual Fund) | A | Dividend | | | Sold | 06/28/10 | K | | |
| 15. Ell Intl. Property (Mutual Fund) | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 16. EMC Corp. (Common Stock) | | None | J | T | | | | | |
| 17. Emerson Electric (Common Stock) | A | Dividend | J | T | Sold (part) | 06/28/10 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ExxonMobil (Common Stock) | A | Dividend | K | T | Sold (part) | 06/28/10 | J | D | |
| 19. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 20. Goldman Sachs Gr. Op. Fd. (Mutual Fund) | | None | K | T | Buy | 06/30/10 | J | | |
| 21. General Electric (Common Stock) | B | Dividend | K | T | | | | | |
| 22. General Mills | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 23. Home Depot (Common Stock) | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 24. ING Real Estate FD | | None | J | T | Buy | 06/30/10 | J | | |
| 25. Intel Corp. (Common Stock) | A | Dividend | J | T | Sold (part) | 06/28/10 | K | D | |
| 26. Intl. Flavors & Fragrances (Common Stock) | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 27. Ishares, DJ Select Index FD | | None | J | T | | | | | |
| 28. Johnson & Johnson (Common Stock) | A | Dividend | K | T | Sold (part) | 06/28/10 | J | C | |
| 29. JP Morgan Chase (Common Stock) | A | Dividend | K | T | | | | | |
| 30. Kellog (Common Stock) | A | Dividend | J | T | | | | | |
| 31. McDonalds Corp. (Common SStock) | A | Dividend | K | T | | | | | |
| 32. McKesson Corp. (Common Stock) | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 33. Medtronic Inc. (Common Stock) | A | Dividend | | | Sold | 06/28/10 | J | | |
| 34. Microsoft Corp. (Common Stock) | A | Dividend | K | T | Sold (part) | 06/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nokia (Sponsored ADRs) | A | Dividend | | | Sold | 06/28/10 | J | | |
| 36. Oakmark Intl. FD (Mutual Fund) | A | Dividend | K | T | Buy | 06/30/10 | K | | |
| 37. Pfizer, Inc. (Common Stock) | A | Dividend | | | Sold | 06/28/10 | J | | |
| 38. Pimco Commodity Real FD | A | Dividend | J | T | Buy | 06/30/10 | J | | |
| 39. PNC Financial Serv. Group | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 40. Proctor & Gamble (Common Stock) | A | Dividend | J | T | | | | | |
| 41. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 42. Ridgeworth FD-Midcap | A | Dividend | K | T | Buy | 07/01/10 | J | | |
| 43. Royce Value FD | A | Dividend | K | T | Buy | 07/01/10 | K | | |
| 44. State Street Corp. (Common Stock) | A | Dividend | | | Sold | 06/28/10 | J | A | |
| 45. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 46. United Technologies (Common Stock) | A | Dividend | J | T | | | | | |
| 47. Viacom Inc. (Common Stock) | A | Dividend | J | T | Buy | 07/01/10 | J | | |
| 48. Wells Fargo Adv. Emerging FD | | None | K | T | Buy | 07/01/10 | K | | |
| 49. Trust #1 | D | Int./Div. | N | T | | | | | |
| 50. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 51. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 53. N.J. Econ. Dev. Auth. Water Fac. 11-01-34 | A | Interest | | | Redeemed | 07/09/10 | J | | |
| 54. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 55. N.J. Educational Fac. 7-01-34 | A | Interest | K | T | | | | | |
| 56. N.J. Healthcare Kennedy Health Center 7-01-31 | A | Interest | J | T | | | | | |
| 57. Middlesex Cty NJ CTFS 6-15-23 | A | Interest | J | T | | | | | |
| 58. N.J. Healthcare Fac. St. Barnabas 7-01-28 | A | Interest | J | T | | | | | |
| 59. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | | | | | |
| 60. N.J. State Higher Ed. 6-01-30 | A | Interest | J | T | | | | | |
| 61. Board of Education, Princeton Regional Schools | B | Interest | K | T | | | | | |
| 62. Indiana State Housing 7-01-26 | A | Interest | J | T | | | | | |
| 63. N.J. Environmental Infra. Tr. 9-01-19 | B | Interest | | | Redeemed | 09/01/10 | K | A | |
| 64. Ft. Lee NJ Impt. G/O 2-15-15 | A | Interest | K | T | | | | | |
| 65. Antelope Valley | A | Interest | J | T | | | | | |
| 66. Antelope Valley | A | Interest | J | T | | | | | |
| 67. Cumberland Cty Gen. Impt G/O | A | Interest | J | T | | | | | |
| 68. Oregon St. Dept. Admin. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V - Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Lee Cty FL | A | Interest | J | T | | | | | |
| 70. Passaic Cty N.J. College 11-01-19 | A | Interest | J | T | | | | | |
| 71. Rogers, AK School District | A | Interest | J | T | | | | | |
| 72. Cleveland, OH Airport | A | Interest | K | T | Buy | 09/13/10 | K | | |
| 73. King Cnty Washington Sewer Rev | A | Interest | J | T | Buy | 07/10/10 | J | | |
| 74. GMAC 9-15-11 | A | Interest | J | T | | | | | |
| 75. Oppenheimer NJ Muni Fd. CL A | A | Interest | J | T | | | | | |
| 76. Oppenheimer NJ Muni FD CL A | A | Interest | J | T | Buy | 08/18/10 | J | | |
| 77. Wells Fargo Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 78. Wells Fargo Municipal Bond Fund CL C | A | Interest | J | T | | | | | |
| 79. American Funds Tax Exempt Bond Fd. CL C | A | Interest | J | T | | | | | |
| 80. Certificate of Deposit | A | Interest | J | T | | | | | |
| 81. Certificate of Deposit | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 82. Treasury Notes - Various Maturities | D | Interest | M | T | | | | | |
| 83. IRA #1 | B | Int./Div. | K | T | | | | | |
| 84. - Blackrock Funds Large Cap CL A | A | Dividend | | | Sold | 08/24/10 | J | A | |
| 85. - AIM Global Real Estate FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blair Williams FDs International Growth | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 87. - Delaware Group Adv. FDs | A | Dividend | J | T | | | | | |
| 88. Morgan Stanley Instl. FD | A | Dividend | J | T | | | | | |
| 89. Park Ave Portfolio Emerg. | A | Dividend | | | Sold | 03/22/10 | J | | |
| 90. - DWS Dreman Small Cap FD | A | Dividend | J | T | | | | | |
| 91. - Dreyfus Appreciation FD | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 92. - Harbor International | A | Int./Div. | J | T | | | | | |
| 93. - Hotchkiss & Wiley FDs | A | Dividend | J | T | | | | | |
| 94. - John Hancock Classic Value FD | A | Dividend | J | T | | | | | |
| 95. - Pimco FDs | A | Dividend | J | T | | | | | |
| 96. - Legg Mason Value Trust Mutual Fund | | Dividend | J | T | | | | | |
| 97. - Oppenheimer Intl. Growth | A | Dividend | | | Sold | 08/24/10 | J | A | |
| 98. - Oppenheimer Dev. Mkts | A | Dividend | J | T | Buy | 08/24/10 | J | | |
| 99. - Quantative Group Fd. | A | Dividend | | | Sold | 08/24/10 | J | | |
| 100. - RS Investment FDS | A | Dividend | J | T | | | | | |
| 101. - Security Equity FD | A | Dividend | J | T | | | | | |
| 102. - Sentinel Mut. FD Small Cap | | Dividend | J | T | Buy | 08/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - T. Rowe Price Mid Cap FD | A | Dividend | J | T | | | | | |
| 104. - Wells Fargo FDS TR Mutual Fund | | Dividend | J | T | | | | | |
| 105. - Touchstone Large Cap FD | | Dividend | J | T | | | | | |
| 106. - Cambiar Opportinity FD | A | Dividend | J | T | | | | | |
| 107. - Goldman Sacks TR Money Market | A | Interest | J | T | | | | | |
| 108. - Artio Intl. | | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Item 49, by letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

2. Item 76 was an additional purchase of the identical fund in Item 75 and in future reports will be combined as one item.

3. Items 77 and 78 listed in previous reports as Evergreen Municipal Bonds were exchanged by Wells Fargo for Wells Fargo Municipal Bond Funds after the completion of the merger between Wells Fargo and Wachovia. No buy or sell was involved on my part.

4. Item 85 was mistyped on 2009 Report as "ATM".

5. Item 100 was mistakenly listed last year as a total sale. Only a portion was sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert E. Cowen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544